(April 25, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARDO SANCHEZ, Appellant.

Concur — Sandler, J. P., Carro, Asch, Fein and Milonas, JJ.